IN COMPLIANCE WITH MR. Holder's SPECIFIC CONCENRS, TO SPECIFICALLY ADDRESS THIS PETITION DIRECTLY TO HIM PERSONALLY, THE PROPHET WILL DO So NOW.

**(/users/prophet-ronald-whitfield)**

TO US ATTORNEY GEN. HOLDER, THIS COMPLAINT, TOGETHER WITH THE OTHERS, CITE THE SPECIFIC STATUTE (BELOW) VIOLATED, AND THE "ACTION" DEMANDED IS THAT;

# (Last) Prophet Ronald Dwayne Whitfield: Official Congressional Petition to Congress for Redress of Grievances and Official Judicial Criminal Complaint for Violations of Title 18 U.S.C. § 242 via Fed. R. Crim. Proc. Rules 3- 4 and Notice To All State Government Elected Officials in Harris County, Texas; Id est, State District Court Judges, District Clerk, and District Attorney

**REAL God's Last Prophet/The Comforter (Born on Tuesday, 24 May 1966, A.D., in Houston, Texas at Councelor/Advocate/Comforter**

YOU INVESTIGATE FIRST AND LAST PERFORM DUTIES OF OFFICE UNDER YOUR "OATH."

BACKGROUND

Edit Profile (/users/prophet-ronald-whitfield/profile) — 0 followers (/users/prophet-ronald-whitfield/followers)

1. IN THE UNITED STATES CONGRESS AND DISTRICT COURT

2. FOR THE SOUTHERN DISTRICT

3. OF TEXAS

4. HOUSTON DIVISION

5. United States

6. V.

7. State of Texas, Former and Current Magistrate and District Judges; Former and Current Justices of the First Court of Appeals of Texas; and Former and Current District Clerks and District Attorneys of Harris County, Texas

8. TO THE MEMBERS OF CONGRESS AND HONORABLE ATTY. GEN. HOLDER AND

9. JUDGE OF SAID COURT:

10. NOW COMES Prophet Ronald Dwayne Whitfield and He would Respectfully Show:

11. To "Congress" serving as a "Petition," This Is a Whistle Blower/ Public Notice, Demanding Congressional Redress, Supported by Affidavit Pursuant to 18 U.S.C. sec. 1621 (criminal) and 28 U.S.C. sec.1746 ( civil), "describing" crimes

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR 10 2015

CHRISTOPHER A. PRINE
CLERK

against the United States, in violation of 18 U.S.C.sec.242.

12. AND ANY PARTS OF THIS CRIMINAL "COMPLAINT" NOT RELATING TO ALLEGED "FACTS" RESPECTING CONDUCT ASSERTED IN VIOLATION OF 18 U.S.C.sec. 242 IS NOT BEING PRESENTED TO THIS HONORABLE COURT but is separately to the world; i.e., the American People, their news media and EVERY government official.

13. REDRESS

14. "PEACEABLY"

15. WHEREAS, deprivations of any "rights" recognized by this statute, where committed by state actors under color of law, an element essential to constitute an offense against the United States -- such is the ONLY information being presented to this Court.

16. I, Prophet Ronald Dwayne Whitfield, pursuant to penalty of perjury, declare that the allegations made below are true and correct, and are not misleading, under 18 U.S.C sec. 1621 and 28 U.S.C.sec.1746, and that I am over eighteen (18) years of age, of sound mind and am competent to testify as a witness herein.

17. /s/Prophet Ronald Dwayne Whitfield

18. INTRODUCTION

19. After our Last Prophet, Prophet Ronald Dwayne Whitfield (hereinafter called "Prophet Ronald"), had been unlawfully detained by the sheriff of Harris County, Texas, and then after unlawfully delivered to -- and unlawfully placed in the custody of -- the director of the Texas prison system (a place He refers to as "Hell") on Friday, 30 October 1992, A.D., our Prophet thereafter began being directly trained by REAL God Himself -- and later had He entered into His Office as REAL God's Last Prophet, in 2005, A.D.

20. CONVICTION

21. DEFINED

22. While our Prophet had been existing in Hell (others refer to this place as a "prison"), REAL God had taught Him, inter alia, that, in Texas, in a jury trial (a "criminal lawsuit" or a "criminal action" being brought "In the name and by authority of the State of Texas" through offices of either her county attorney or her district attorney), a then-criminal defendant shall have been "convicted" ONLY where "the verdict of guilt convicting" him or her shall have been BOTH "RECEIVED AND ACCEPTED" by the trial judge. Jones v. State, 795 s.w.2d 199 ( Tex.Cr.App.).

23. An "official act."

24. The verdict was NOT "ACCEPTED." No "CONVICTION" occurred.

25. Texas law mandates that the court clerk "SHALL" next enter of record "in the minutes" of the trial court such judicial "act" of acceptance of the jury's verdict.

26. THE LEGAL RESULT

27. If, after an examination of the court reporter's notes ("statement of facts") and the clerk's record ("the minutes of the court proceedings"), it be shown that the trial judge either forgot or failed to "accept" the jury's verdict and in open court and on the record, NO CONVICTION will have occurred at all.

28. 18 USC § 242 WAS AND IS VIOLATED.

29. For Texas to "WILLFULLY" refuse or fail to correct this is an OFFENSE.

30. The failure of the court clerk to record the official act of acceptance of verdict and record both in the "minutes of the court" and record the finding(s) that a jury had made -- "SPREADING" in "the minutes" the VERDICT out verbatim convicting the "defendant" --results in no "conviction" as well.

31. The judge presiding at our Prophet's trial failed to "ACCEPT" the verdict of guilt convicting our Prophet that he "received." Therefore, under Texas LAW our Prophet was NOT "convicted" at all. And both records (referenced above) PROVE this. See John 14.16-17,26; 15.26; 16.7-16.

32. Today, these state actors have "willfully" refused and failed to take "corrective" ACTION ... in order to solely "avoid" the legal inevitable. BUT THEY HAVE A "DUTY" TO.

33. Please, where a criminal "conviction" exists in FACT, owing to the above procedures having been satisfied, it will not be "complete" until a hearing to determine "punishment" of "convict" has been concluded -- and "sentence pronounced." Only after such "punishment" has been "assessed" may "sentence," in open court, and on record, be "pronounced" against convict, and must be pronounced in his or her presence, which is "order of the court ordering that the punishment [itself] be carried into execution in the manner prescribed by law." (It may be suspended.)

34. In a "criminal proceeding" in Texas, a "judgment" on a "conviction" is not orally pronounced against convict (and certainly not in his or her presence), but it is an event being "rendered" against convict through "a written memorandum," in the convict's absence.

35. Administratively the trial judge has a ministerial DUTY to "sign" written judgment of conviction and cause it be both "RECEIVED AND FILED" in office

of district clerk (a public office)which may be inspected by public. When it is RENDERED, it "MUST be entered of record in the minutes of the trial court."

36. In Jones, the Court held  written judgment does not itself adjudicate  guilt of convict. Rather, "we are of the opinion that a defendant has (not "already"?) "been adjudged guilty when the verdict convicting him [or her] has been received and accepted by the judge of the trial court." Compare  Tex. Code Crim. P. art.1.15. "No person can be convicted of a felony except ..."

37. (Prior to the verdict, defendant was called  defendant, but  after verdict of guilt, the now-convict is lawfully called "convict," for his or her status will have changed, from first a "suspect," to an "accused," to a "defendant," and finally to "convict.")

38. (In Hell, a convict is most often called an "offender" or a " prisoner.")

39. In the District Clerk's office-- in Harris County,Texas--"JUDGMENTS"  are NEVER FILED IN CRIMINAL

40. "CASES."But once filed, they MUST also be "entered in the minutes." Not here. So,failure of judge to cause judgment  signed(whether in chambers , open court, or at home sitting in  bath tub)to be "RECEIVED AND FILED" in Clerk's office, AND EQUALLY  the failure of clerk to "enter it in the "minutes" will continue to result -- like it has "already" resulted -- in "people" being UNLAWFULLY put to death and imprisoned-- even where the "minutes of the court" or this "proof" PROVE a conviction did occur." (We say "people" because the "minutes" tell us "what took place in court.") Wilson v. State, 677 s.w.2d 518.

41. This is because no JUDGMENT was ever "rendered" by court of the "LAW"AND THEN "ENTERED" respecting the question of "fact" that the jury or the trial judge, when sitting as fact-finder(i.e., a trial by judge where  jury has been lawfully waived), had determined. It is just the LAW.

42. In the United States,  both in state  and federal,  a court, speaking through its judge, MUST declare the law  in every "CASE." Granted, in  absence of  a "written record" of these "historical facts," it cannot be said a citizen has been "disqualified" from holding  public office by reason of having a "criminal conviction"  or  from obtaining some other gainful employment, without a showing of the "PROOF."

43. This is not to say that a "conviction" did not lawfully occur. Rather, it is only to say  that Texas will have no "record" of judgment that  a conviction had occurred in fact; i.e., a "written judgment." And only a "written judgment" of

conviction that has been "FILED," and therefore "RENDERED," AND "ENTERED" may publicly supply the "proof." A clerk's "file mark" PROVES FILING. But the "minutes" prove judgment was "entered."

44. The necessary "judgment may never be "rendered" nunc pro tunc"(if it be a JUDICIAL error or determination, as distinguished from a CLERICAL mistake) -- which is a Latin word meaning "now for then."

45. The Supreme Court of Texas is, by law, charged with making and promulgating the rules of administration for conducting court proceedings.The Supreme Court of Texas has declared administration rule respecting "rendition of judgment." That Court declared that a judgment is "rendered" when it is either orally pronounced , in open court, or when the written memorandum has been signed by the trial judge and "FILED with the clerk of the trial court." See Tex. Code Crim. Proc. art.2.21(a)(1).

46. A document, after it has been "received" by the court clerk, is "FILED" when it has been stamped as "FILED," thus bearing the clerk's file - mark or file-stamp," evidencing its filing." Then it will be noted on the court's docket sheets, as FURTHER evidencing the "OFFICIAL ACT" of its filing.

47. In the Prophet's "case" -- but our Prophet has learned that no "cases" were ever actually "FILED" against Him and for which "personal jurisdiction" could attach -- the elderly retired judge (in such a hurry to complete the trial so that he could catch his plane back home to Odessa, Texas) just completely failed to or just simply did not know he had to "accept" the verdict of guilt, and therefore it could not be and it had not been "entered of record in the minutes of the trial court," the latter of which is a ministerial act to be performed by the trial court clerk. State v.Wilson 677 sw2d 518(Tex.Cr.App. 1990).

48. When the jury is not "polled" then the trial judge, on the record, must "accept" the verdict of guilt. Upon the acceptance of the verdict of guilt, the convict is then "convicted," but the "conviction is not complete."

49. Assuming that a conviction did exist, since no "judgment of conviction" had been "rendered" and "entered," no "appeal" could have been legally taken from the trial court to any other court, much more, to the First Court of Appeals of Texas. And said appellate court also failed to render its own judgment -- altogether. But since no conviction occurred at all, there can be no judgment on that which Texas has declared does not exist -- depending on the status or name of the complaining party. If either us or our Prophet was

one of their own, a judge or otherwise some wealthy person, and thus had gotten caught and made to stand trial and later discovered what REAL God has taught and showed our Prophet, can one now see why the judiciary would release us or our Prophet, a prisoner, immediately?

50. But neither the trial court, Court of Appeals, nor the Court of Criminal Appeals has ever obtained "subject -- matter jurisdiction" to act lawfully. For its acts to be "lawful," a court must first acquire "power" or "authority" or "jurisdiction" to act. It must first be "authorized" by law to conduct its business.

51. For example, a "convict" -- as distinguished from a "defendant"-- may not lawfully be "punished" by imprisonment or by a "sentence of death," unless or until that convict has actually been "adjudged guilty of the offense of 'burglary of a building with intent to commit theft' or of a 'capital murder' as found by verdict of the jury. I will ACCEPT-- and now do ACCEPT for [not myself, but for] the court -- the jury's verdict of guilt of the felony offense of 'capital murder' at this time and on the record.The clerk of the court 'shall' now enter it upon the minutes of the court for the court. This Court will now stand in recess until called back to trial, at which time it "SHALL" proceed to conduct a hearing to determine the punishment. In this case, the attorneys for the State [sic] are seeking the death penalty. This Court now stands adjourned."

52. Although He admits that He did in fact commit the felony offense of burglary of a building with intent to (rescue no baby nor put out any fire, but to ) commit a theft for which He had been arrested on Tuesday, 10 December 1991, A.D., however our Prophet was never in fact "CHARGED" with and "CONVICTED" of actually committing that offense.

53. Please, very first procedural step in process for "charging" "suspect," as distinguished from "accused" and "defendant," is that the "complainant" swear out an "AFFIDAVIT" before an attorney employed by the district attorney or the county attorney, which,here, Texas, now knows our Prophet can LEGALLY prove had not been done. Art.15.01, Tex. Code Crim.P. And if the allegations stated by the complainant in an AFFIDAVIT (being supported by "probable cause") establish an offense against the penal code, it is then "called a complaint." Tex.Code Crim. P. Art. 15.01. That attorney must then present same to the court clerk to be "FILED." TODAY, staff of both the "DA's office" and the District Clerk's office have been daily arguing to our Prophet that there are deputy district "clerks" "working" alongside assistant district

attorneys, twenty-four (24) hours a day, seven (7) days a week there just so that they can file complaints against us and our Prophet. This important filing cannot wait a few hours until clerk open office at normal business hours. Again, deputy district "clerks are working in D.A.'s office."

Clearly, after a complaint has been stamped as "filed" it is actually filed. Those are the procedural steps in the process for bringing a lawsuit, "filing charges," and if such allegations in the "probable cause affidavit" constitute an offense against the penal code of Texas, it is the called a complaint and the matter becomes a "case," a criminal lawsuit or a criminal action; a controversy now exists.

And unless an information or otherwise an indictment be filed, the presiding judge or trial judge sits only as a magistrate -- and not as a district -- judge. Before this point, the court has no "subject matter-jurisdiction" over the "offense," but only over the "parties" named in the "complaint." No indictment nor information has been presented to the court through the prosecution yet. But after an information or an indictment has been filed and "presented" to the trial judge or the presiding judge duly or lawfully acting for the court, the court at once obtains its full powers in the case to adjudicate the facts and to administer the law to be applied thereto.

And each time the court acts it must always first be in "session" and it must always second be "called to trial" to conduct its business in open court. Failure to do so, the court cannot lawfully act or proceed. ( But many do any way, through incompetent judges and court bailiffs.) (The Prophet has not been able to find any lawyers raising these "jurisdictional defects," much more, getting filed and non-filed judgments reversed therefor.)

Please, where a defendant has been found "guilty" by either a judge or a jury-- or has otherwise entered a "voluntary," "knowing" and an "intelligent" plea of "guilty," or "nolo contendere" ("I do not contest" )or "not guilty" to an offense, yet if no "charge" was or "charges" were ever actually "filed" against him/ her in the first place, even if a conviction subsequently be obtained, it is still "void -- and void for want of jurisdiction." There was never a lawsuit filed and thus pending. Only a "COMPLAINT" may commenced or institute a "case." So, such "jurisdictional defects may not lawfully be waived," but become most disturbing for the judiciary and the prosecution, especially after time and where judicial resources have been expended, and where the presumed case has to be filed and then conducted all over again or else the "guilty" goes scot - free and now legally entitled to civilly sue the county for any unlawful detention,"a violation of the constitutional protection" to be free from "unlawful deprivation of liberty without due process of law."

Our Prophet became most hated by our judiciary because of the knowledge that REAL God had given Him, such that judges began doing many blatant, illegal acts to bar him completely out of the courts, thus hiding Him from the public's eye, the Spirit of Truth . See John 14.16-17; 26. What was happening was most unreal, with the most disturbing implications, making the most educated appear as both stupid and ignorant. The judges of our courts had refused to be impartial in administering the law, as applied to Him. It was so bad that our Prophet believed He had become the victim of a "real conspiracy" by many of our judges in our judiciary, on both state and federal levels. He would be dealt with as no ordinary prisoner anymore.

And our Prophet became to believe and accept that due to what REAL God had taught Him. So, He just accepted that He might also be murdered before He would be released, in spite of the numerous "food strikes" for which He self-imposed, as a means to call public attention to the matter through the world news media, but all to no avail. In the face of His repeated self - imposed food strikes, Texas might have believed that she might would be able to deceive the people (were He ever to finally expose her in public) into believing that our Prophet suffered "from some form of mental illness," thereby turning such attention from her onto Him, a real "distraction," a game, in the game.

However, because both REAL God and His other (still loved ) Son Satan (formerly named "Lucifer") see and treat life as a game ( he has long since been renamed as "Satan," who is not to be mistakenly referred to as THE, nor A, "devil"--for devils are the OTHER fallen"angles" whom were cast out of Heaven along with Satan after they all rebelled against REAL God);i.e., " a contest," and whom both made our Prophet their subject therein, but because of our free will;--neither Satan nor REAL God could in advance actually know what our Prophet would ultimately do. (Would He either curse or not curse REAL God for what He was being daily put through in "Hell.") Needless to say, REAL God won the bet; Satan lost.

Our Prophet would then have to be both anointed and finally ordained by REAL God Himself, as REAL God's Last Prophet and freed from Hell, all at once. And He was.

But do not assume that our Prophet was being "tested" by REAL God. For some reason, our Prophet does not believe nor accept any proposition or position and argument that REAL God tests now and/or has ever tested His own children.

Also, He contends and maintains that REAL God does not know everything. Specifically, He teaches, for example, that it is not that REAL God "cannot know" the outcome of such games that Satan and He might struggle in together ( for the two are in a contest ) to see who will win; it is only that since REAL God gives us all free will to make our own choices, He simply has Himself chosen to not know what the outcome of our works or deeds or actions will ultimately be, by INTENTIONALLY limiting His very own "foreknowledge" in this respect. For example, just like when He was arguing with our Prophet's brother Moses (whom initially did not want to become any Prophet for REAL God), had not REAL God considered or contemplated what Pharaoh might and might not do before He sent Moses to him, demanding that he release REAL God's people, thus arguing to Moses "if" Pharaoh does this or does that? As such, while REAL God does not know what we will and will not do, He does, however, know of all the "possibilities" of our actions and non-actions, with respect to what we might and might not do. So, again, REAL God will have INTENTIONALLY limited His very own foreknowledge in this respect.

Therefore, it cannot be said and argued that He is a little less than perfect. Here, as Satan had during the game in which the servant Job was their subject, Satan had hoped to win and thus defeat our Righteous God, as to overthrow Him and as to "disqualify" our loyal Prophet from becoming qualified to become our Last Prophet.

One might well ask and should really want to know: "What would have actually happened had [REAL] God lost the bet that He made with Satan -- that Job and our Last Prophet would not curse Him if He were to just only remove the protection that both enjoyed from Him?"

https://casetext.com/users/prophet-ronald-whitfield

Finally, and to be very   clear, any member of the the public is free to choose  to  inspect the trial court's records here,  which are kept in the office of the clerk of the trial court. Here, although a signed, written judgment of conviction is presently being "kept" in the "file" itself that is  relating  to His  "cases," yet those "instruments"  have  not actually ever  been"filed" in the record in the office of the court clerk. They all reflect  no time, no date and  no name of the person whom, in the past, had actually placed them in the file of the record and therefore they are not a record of the court "and represent nothing more than hearsay evidence. And hearsay evidence has no probative value." See Wilson, supra.

And since His release from Hell on Thursday, 12 May 2011, A.D., our Prophet has  not unlawfully removed from  nor  caused someone else to  unlawfully remove from      the said file  any official  nor non-official record. But He could have. He saw it would be just that easy upon visiting  the Harris County District Clerk's office. The deputy clerks are not watching the public that come inspecting the record that these people had checked out. (While such office has a video camera system therein, the only time anyone would have occasion to review anything is that a matter presented itself. By then, the recordings likely would no longer be available.  No discussion here is now offered regarding the "imaging" of such records.)

Today, neither  the American people themselves  nor their local, state and federal  government officials  have any way of ever knowing the date, the time and the name of whatever employee whom performed the act of placing any one of the thousands of  written judgments in said files, unlike some of the other official records, which inform the American people that REAL God will have  once  again chosen, like He had in choosing Moses, yet another "criminal" for His (but here, Last) Prophet,  whom He raised up and directly trained Himself, to "guide [ you ] into all truth," such people living in the  Greatest country on the face of the earth -- and for Him  to therefore qualify to occupy the  world's highest Office, for He shall not speak to you on His own authority. But only will He tell you of whatever He "hears" from REAL God.

Again, only that   shall He declare unto you.

CONCLUSION

Accordingly , without  REAL God first needing to send -- and then actually sending -- to us (the American people first) our Final Messenger or our Last Prophet,  there can be no  Judgment Day -- and  so it follows that no  "judgment"   then can ever be rendered against us -- according to our good and our bad deeds -- i.e., our works . Accordingly,  anyone whom will have failed  to  have done  more good deeds or works (or to have performed more good deeds or works) than  he or she will have done bad deeds or works (or  will have performed bad deeds or works)  while on Earth -- that upon and during "JUDGMENT DAY" of REAL God, that person's name will  not have  been recorded and/or entered of record in The Book of Life, the Minutes of REAL God's Court, but such a person then shall simply  have  his or her punishment assessed, and his or her sentence imposed and pronounced against him or her, which is to be eternally cast into the "lake of fire," for  that person has"already" been adjudged to be guilty for having done more wrong in life than good. (See Revelations 20.12-15.) (Our Holy Bible.)

Please, and no one now dead is yet somehow presently sitting in Heaven. What, without "Judgment" first being "rendered"? The dead remains dead  for now -- and all are aware of nothing. They must await  for their "resurrection." Now, of course, after their resurrection, John said He "... saw the dead, small and great, standing before [REAL] God, and books were opened. And another book was opened,  which is the Book of

Life. And the dead were judged according to [not their faith and/or belief in our Prophet Jesus, but 'were judged according' to] their works, by the things which were [ and therefore now are and have 'already' been] written in these books.

"The sea gave up the dead who were in it, and Death and Ha'des delivered up the dead who were in them. And they [too] were judged, each one according to his [or her] works.

"Then Death and Ha'des were cast into the lake of fire. This is the second death.

"And anyone [ i.e., the name of the dead -- but now resurrected -- person ] not found written in the Book of Life was cast into the lake of fire. "

As such, for instance, our dead  great grandmother or whomever it may be is not 'already' in Heaven but is in the graveyard still dead and yet has been 'already' adjudged by and for her works; we do good and  bad works. Our "faith" and this "grace" cannot save us.

Remember, the assessment of punishment is part of our judgment, which is distinct from the sentence.Thus while we all will have 'already' been adjudged guilty or not guilty for our good and our bad deeds,yet none of us 'already' adjudged guilty has 'already' had our "punishment" ALSO assessed.The Judgment is not  yet "complete."There is no contradiction here.

While we  are yet alive, if the minutes reflect we have performed 357 good works to our 736 bad works, we are 'already' adjudged guilty. Our name will not be found in The Book of Life, because our bad deeds in their number have exceeded those of our good works. The good news is that we are not yet dead and therefore can change this game/score by ceasing from doing bad works. Instead, we can SWIFTLY begin doing ONLY good works-- all day and everyday.This is how much REAL God loves us, giving us  a chance and  time to win our own salvation in this game.The second our good works exceed our bad works will our name be entered of record in The Book of Life.But because some of us  love the dark and will not list to the Light ....we can only say that we"MIGHT" be saved from  eternal separation from REAL God.

"But God have MERCY on me! I was taught that because You  had so loved the world that You gave us Your only begotten  Son Jesus,  and that whosoever believed in Him, that He in fact is Your Son, would not die [sic] ("perish"), but "should"  have everlasting life with You! I believed in this and I believed in Him. I was taught that my faith alone would save  me because of Your 'grace' and 'mercy' and that was because Jesus had 'paid'  You for Your demand for the price of  Adam and Eve's  sins, becoming visited upon the  heads of Your children, which disobedience  had given birth to sin  which required THE penalty of death and therefore our  separation from You until You came up with this genius plan so that after our resurrection we all but MIGHT be reunited with You forever.The plan itself --

"But I just do not see and understand why am I now being 'punished' by You  for my bad works, the act of evil itself  that You will  have 'already' determined would result in my separation from You, and  which You will have 'already,' in my absence, found me guilty of ... and  now here in Your own Court to assess my punishment for having committed  more wrong or evil works than good or right works, and  to impose and pronounce Your sentence against me, ordering that I be cast into some 'lake of fire' forever as my "punishment" when I was ALLOWED to believe that I was saved though. And so You call this just or fair  or righteous? I still do not at all understand this....It is confusing!

https://casetext.com/users/prophet-ronald-whitfield

"Look, if or since Jesus had lived such a good or perfect life, a condition that the vast majority of the World thought  You had imposed upon Him in order  to save or rescue us FROM  these sins of ours, dying on the cross, suffering  pain but later  rising from His grave, resulting in Him accomplishing His mission, having 'paid' You for these  sins-- then I  fail not only to see now as to 'why' I still had to 'die' on Earth a physical death [a death on account of these sins], but also to see why I should live again  but only later to stand  trial and be 'already' adjudged for that which You supposedly have 'already' been paid for, and yet somehow I am now here to be punished for these sins through a sentence -- which will result in  my  being cast into Your lake of fire... and forever.

"This makes absolutely no sense to me! Again,  I had 'faith' in Jesus. I did TRULY believe in Him, that He was  and still is Your son. I did not, however,  believe that He was You, but  I only believed that He was Your Son.

"I  now have nothing else further that I would like to say, other than I am sure that everyone  else here  whom have 'already' been adjudged  to be guilty  before we all came here  to stand trial for 'Judgment,' the standard of which was and is merely failing to  get our name recorded in The Book of Life, in light of our 'works' -- feels the same way that I do and would argue the same as I have . We were all  clearly DECEIVED by Your Word, since You obviously granted the "Prince" of Your World (Satan)with  additional powers, which here permitted him  to even tamper with your Word -- our Bible.

"But with all due respect, O Mighty God, this 'game' in past  life  was and  is wholly unjust!"

But there  shall be no "legitimate" excuse or justification as  to avoid your "punishment" here.

While it is true  that our Prophet Moses once talked REAL God out of destroying His chosen people such that He "changed His mind" and did not carry out the destruction against them that He had threatened, Ex.32.1-14, yet no one shall have a legitimate  excuse or reason as to why REAL God's Judgment and Sentence OUGHT  not be rendered, pronounced in open court against him or her and then executed, being carried out by our Merciful, REAL God.

Listen, people, our Prophet Jesus never preached, taught, nor suggested to us to do no independent  thinking, research and studying of the Word.Only but a few of you do not say "aman"or "amen" to EVERY single word that  your leaders in church utter. Many of them claim to have been called(and many of them in fact  have been truly called ) by REAL God,  but not all of them have  actually been  "chosen" by Him to be servants of His, and  to teach you  about anything relating to REAL God. Indeed, our Prophet Jesus warned us  to be aware of them and of false prophets.

Those whom have "already"  died believing and those of us now still living and believing -- as "we" were taught that our Prophet Jesus died for our sins   (believing that His death somehow paid our penalty for which REAL God had  imposed therefor) -- that they then were -- and "we" also now are -- "saved" from "our" continuing deeds or acts of sins -- by "our 'faith,'" owing to -- and on account of -- "our 'belief'" that our Prophet Jesus was and yet still is the Son of REAL God,  and therefore obtaining this "grace" or "mercy" --

we find  this assumption or belief (or whatever it is)  to be both stupid, i.e. , "struck senseless, deficient, or dull in understanding [because 'you' had in your  own mind] formed [and here, a belief] or done [ something else, which is contrary to truth, without [thinking or] reasoning [and thereby making  your own

understanding and decision or ] judgment[ to be] foolish," which, in fact, ... "is a rather unremarkable proposition on its face and yet disturbing in its implications," and ignorant ("having the want but absence of ['correct' knowledge because 'we' were] unaware or uninformed"). This mistaken assumption in our "belief" ( or whatever it be) is wholly untrue. So, where did such come from?

Okay. It came to us from "Paul"? But Paul was an enemy of Jesus. Nor had Jesus taught Paul as a "disciple," which simply means a "learner." Indeed Jesus directly taught Paul absolutely nothing.As such, Paul certainly had never graduated on up to an "apostle," which he claimed to be. Still, Paul himself claimed neither Jesus nor REAL God had anointed and ordained him as an "apostle"(whose Office is just one step below that of Prophet), authorizing him to enter into the Office of Apostle. But by contrast, Jesus made very clear of His own "authority" to preach the Kingdom of God was and still is at hand, in that He: (1) said that He was a "Prophet" whom is (and that they are) "respected" every where else except in His (and in their) very own home town; and (2) said He was "sent" by REAL God.

Look, people, Jesus's "death" did not "pay" any "price" for anyone's sins. No one has a license to commit acts of sins -- period. Rather, it is (and was) simply that ... REAL God just so truly loved (and still loves) the World (His children) that (due to the sins of Adam and of Eve, being visited upon the heads of the children through Adam and Eve's "disobedience" to Him), He came up with this plan that could ( i.e., being capable of reuniting or able to) reunite our separation from Him (which, again, separation is on account of sin) that He gave up (and sent to the children) Jesus -- the best He knew He had ... who could "possibly" endure trials (but the term is not to be confused with "tests") under sins, and were He to fully resist such temptations to sin Himself, He would and should and shall "QUALIFY" to teach us the RIGHT way we had ought live in the game of life, a contest. But our Prophet Jesus's circumstances here may in no wise be seen as a "test," for for what logical purpose would REAL God have in testing us (to see what?) and "lead[ing] us into temptation" Himself, as distinguished from "deliver[ing] us from all evil"?

Look, and please: recorded at John 14.16-17; 26, our Prophet Jesus said He would "pray" to our "Father and [our Father] will give [us] ANOTHER Counselor." In order for our Father to "give [us] 'another' Counselor," Jesus had to be also a "Counselor," since we would need"another." For example, the one of you who is a police officer going off duty and yet is stopped by someone else, might explain this best ..."Hey, I am off duty now and am going home.But I will call dispatch and it will send another officer to this location. And when he or she has come that officer will...."

So, we OUGHT read the Scriptures

(John 14.16-17,26;15.26; and 16.7-16 )

to CORRECTLY determine whether or not these prophecies have "ALREADY" come true or are now COMING true. And after we do, if we determine that they have "already" come true, as Paul would have us believe they have at "Pentecost," then we need not listen to "Prophet Ronald," for He would be a "false prophet." However, if we find from the evidence(i.e.,what He "ALREADY" did WHILE in Hell and is presently doing now OUT of Hell) that this other "Counselor" has come on the scene and now doing--and had in Hell been doing-- EXACTLY what our Prophet Jesus stated that that "Counselor" would do, explaining to His disciples BEFORE He(Jesus)was arrested, tried, convicted, punished and sentenced to death and remanded to prison to await the execution of His death sentence --

we still have free will to choose to disregard the evidence and are free to still lean on our OWN understanding.

Our Prophet Jesus had occasions to teach His disciples in ordinary situations, for we can see that He taught them that if this situation should occur to them or WHENEVER one occurs to us, to ALLOW the righteous philosophy He taught them to determine their and our actions, for our philosophy itself is what determines our thought pattern. So, our thought pattern determines our attitude. Our attitude determines our behavior pattern and our behavior pattern determines our actions -- whether we do right or wrong, good or bad. Those actions become our "works."

DO RIGHT AND GOOD WORKS.

He taught right FROM wrong and good FROM bad. Thus, whenever we do a "work," either wrong or bad (or evil), we not only "already" know BEFORE we do the "work" of its nature, but also do we know that we then commit a sin, which contemporaneously will be counted AGAINST us as such, while our good and right "works" will be counted to BENIFIT us, offsetting and eliminating such other previously recorded acts of sins, all in the GAME, which we ourselves determine what the outcome will be. And our doing our good works publicly -- and not only just privately -- is not only good in itself and a demonstration in the presence of our "neighbors" so watching, but also such good works publicly teach a would-be "mens rae" actor that he/she too may and can do likewise or the same.

Jesus -- being free

to do right and good and also able to do bad and evil -- chose instead to do only the former, not the latter, for He lived a sinless life, qualifying to BOTH preach and teach us.

(But He once asked,"Why do you call me 'Good Master'? and then stated,"No one is 'good' except God.") For Him (and it can also be for everyone else), doing good and right was not (and is not)"hard!" What was HARD was for Him NOT eating and not drinking water for forty (40) days and for forty (40) nights. So was this "good" and/or "right"?

The answer to this question is obviously.... "NO." It was not good nor right FOR HIS OWN HEALTH, but He was determined to qualify for His Office to accomplish HIS mission. He was Justified.

Prophet Jesus, not being "also our" REAL God (as so many other people now dead but when alive had believed and so many of us still alive continue to believe), could have died ...and had He so died, He could NOT at all have accomplished His mission on Earth, which was to "qualify to DEMONSTRATE for us how we too could -- and still can -- live a good and righteous life. (Notice that Satan did not dare come to tempt Him until after He ended His "food strike," and yet BEFORE He had eaten anything at all. Thus, Prophet Jesus had dealt with Satan tempting Him while very, very hungry, at His weakest.)

And it was only after Jesus qualified to (and then did) enter into His Office as Prophet Jesus (or Son of Man) had He come and went "preaching" the Word or the Kingdom of God; i.e., how we both could and should (or had ought )and, in fact, MUST, live on earth, without committing any acts of sins -- that whosoever in the past believed and whosoever in the present should believe and in the future believes in Him (that is, what He taught, which was about and of "the Kingdom of [REAL] God," how we should -- and actually must now -- live in a World of sins) should not perish but have eternal life.

https://casetext.com/users/prophet-ronald-whitfield

The word "should," being a past particle tense of the auxiliary verb "shall"….

Well, today people clearly know that they ought not (morally) and"should" not (imperatively) smoke "cigarettes" but they do.

It is REAL God's desire that we ought not and should not perish but have eternal life with Him; we are free to decline. But if we obey--submitting to what is right--we all should in the present tense, in the future tense, and in the past tense have everlasting life.

In any event, "[f]or God sent [not Himself but sent] the Son into the world, not to condemn[ judge] the world, but that the World MIGHT be saved through Him," and therefore if we all learn and know what is right and wrong, and good and bad (or evil)respecting our WORKS, and do more good than evil which a record is being RECORDED and kept or preserved about -- then we no longer "might" but "will" and "shall" have eternal or everlasting Life with REAL God.

When Adam and Eve ate fruit from the tree of knowledge they became AWARE of good and evil, and of right and wrong. Sins had then entered into the World.

"He [or she]who believes in Him[will seek to conduct himself/ herself accordingly and thus]is not condemned [to the lake of fire];[ but] he [or she]who does not believe is condemned 'already'[ to the lake of fire], because he[ or she has not believed in the name of the only Son of God. And this is the JUDGMENT, THAT THE LIGHT COMES INTO THE WORLD[Jesus was and still is this light],and [ yet both] men [and women]loved darkness rather than light, BECAUSE THEIR DEEDS WERE EVIL." See John 3.16-21.

The writer here made clear the language that whosoever believes in either Prophet Jesus or in His name believes in what He TAUGHT.

Look, people, we ought to "already" know, for example, that if we believe in a bridge having a deep body of water below it as being able to PROTECT us, we are then believing in its capabilities of protecting and saving us from death. We take a chance with life or we trust it to keep life or save life. Likewise , when we believe in either Prophet Jesus or in His name, we believe in what He taught which was how to do good and right. Still, some of us will believe and yet not conform to His teachings, even though His teachings is the "light."

Thus, we need not allow Satan to continue to "deceive" or " trick" us, for he does not at all play in the game"fair." We have been before (by your Holy Bible, although it, in parts, has "already" been poisoned by Satan) and again are now (through our Last Prophet) placed duly on "notice" by REAL God … that (1) Jesus is not REAL God, but He is our Prophet, our servant, and the Son of REAL God whom was sent to us by REAL God on a special mission, and (2) there is no other way in which we "MIGHT" obtain our eternal salvation with our REAL God than that which has "already" been recorded in Revelations 20.12-15. Compare with John 3.16-21. In sum, we all determine our very own destiny. It is within our power.

So, simply put ,we are the ones, not REAL God, whom decide on whether we will obtain eternal salvation with our REAL God or will not … by being separated from Him eternally, in the lake of fire. Our good works MUST outweigh those of our bad ones in their NUMBER. One cannot be heard to claim and argue that merely doing what we "already" knew was right or good was somehow "hard."

So, this is such a plan that REAL God had devised which makes it virtually IMPOSSIBLE for even the most silliest or feeble intellectual to fail to get our name written or recorded in The Book of Life. It can get no easier than this to obtain our salvation -- OR destruction.

Just simply do good and right by other people, as well as by REAL God's animals and by His Earth, including doing right by and to OURSELF. For example , since the "life" in which we live or exist   is in fact not our own but belongs to REAL God alone, we therefore have no "God-given right" to commit suicide  nor  any other right to kill the person of another except where it has become our duty to defend or protect such life ... and only then when all other means have failed. Did  we or REAL God give or create such life? To whom does  it belong? Then  to  do otherwise is a bad  or wrong work, and  so such shall "already" be counted or weighed heavily against us, to not have our "name" recorded in said Book of Life. That is  an example  of a bad deed or work.

Finally, although "criminal cases" presumably were   "filed" against our Prophet Ronald,  no "criminal convictions" have, however,   been obtained against Him. Thus, He was born to become a "thief" and yet not be LAWFULLY adjudged by any man or  woman. Yes ...   He was a criminal who had (and who still has) no GED, no college education, nor any skills of any kind .... Our Last Prophet truly  was  a criminal in fact and yet   has "no criminal conviction" of any kind -- as a matter of law that has been rendered  against Him.For some that will be hard to accept; it is unacceptable. But for all legal purposes, He is no "offender" as a matter of man's law ... of the land.

And the same is true of Moses. While He had "unlawfully" murdered a man, He was never sued for or charged with His crime -- even though we all know He was in fact so "guilty." Unlike  their brother Moses, Prophets Jesus and Ronald were both arrested and made to stand trial and imprisoned and in each situation, the government had done them both wrong. But in Moses situation,  He was not caught , "arrested," "convicted," "punished," "sentenced and imprisoned."

So, REAL God is the better and best judge for whom shall become and be His prophets, not His children.

And one may well ask: "How could and can this be?And why has He otherwise no qualifications[sic]?" In answer, again, see John 14.16-17,26; 15.26; 16.7-16 (Holy Bible).

DATED: Monday, 24 March 2015, A.D.

/s/ Prophet Ronald Dwayne Whitfield


CC: U.S Atty. Gen. Holder

CC:Texas government Officials

File: Prophet Ronald

COMMUNITIES YOU FOLLOW (9)

🏷 Constitutional Law (/communities/constitutional-law)     🏷 Civil Rights (/communities/civil-rights)
🏷 Consumer Protection (/communities/consumer-protection)    🏷 Business Law (/communities/business-law)

https://casetext.com/users/prophet-ronald-whitfield

- Employment Law (/communities/employment-law)
- Legal Research (/communities/legal-research)
- Appellate Practice (/communities/appellate-practice)
- Legal Ethics (/communities/legal-ethics)
- Civil Procedure (/communities/civil-procedure)

## There are no entries in this feed!

Contact (mailto:contact@casetext.com)    Features (/features)    Terms (/terms)
Privacy (/privacy)    About (/about)    Jobs (/jobs)    Blog (http://blog.casetext.com)
Students (/students)

 (https://twitter.com/casetext)

(https://www.facebook.com/casetext)

© 2015 Casetext, Inc.
Casetext, Inc. and Casetext are not attorneys or a law firm and do not provide legal advice.

TEXAS BUYER

THE VEHICLE TEMPORARILY REGISTERED WITH STATE UNDER TAG #

70C6976

EXPIRES 03-15-2015

2014 HONDA

VIN 3CZRM3H32EG714673